IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01248-BNB

JOSE RIVERA,

    Applicant,

v.

C. DANIELS, Warden,

    Respondent.

---

ORDER OF DISMISSAL

---

    Applicant, Jose Rivera, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Florence, Colorado. Applicant, acting *pro se*, initiated this action by filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In an order entered on May 14, 2013, Magistrate Judge Boyd N. Boland instructed Applicant to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland instructed Applicant to submit a proper 28 U.S.C. § 1915 Motion and Affidavit that is used by prisoners seeking leave to proceed *in forma pauperis* in a § 2241 action and a certified statement showing the current balance in his prison account. Although Applicant submitted a copy of a withdrawal request that he alleges he submitted to the BOP to disburse the $5.00 to the court clerk, the Court did not receive the $5.00 payment.

    Magistrate Judge Boland warned Applicant that the action would be dismissed

without further notice if he failed either to submit a 28 U.S.C. § 1915 motion or in the alternative pay the $5.00 filing fee within thirty days. Therefore, the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal she must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  19th  day of     June          , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court