IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01248-LTB

JOSE RIVERA,

    Applicant,

v.

C. DANIELS, Warden,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 19, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 19 day of June, 2013.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/ M.J. Garcia
                              Deputy Clerk